Arthur M. Grimes
vs.                    } Eq. No. 8238
Anawan Textile Company

March 26, 1928

TANNER, P. J.  This case is heard upon exceptions to the Master's report disallowing the claims of William H. Grimes, Paul J. Grimes and Arthur M. Grimes.

We can not say that the Master erred in treating the claim of William H. Grimes on the $7500 note as not warranted, for the reason that the note was paid for by the 98 shares of stock issued to said William H. Grimes. Neither can we say that the Master erred in treating the salary claim of William H. Grimes as not allowable, for the reason that it was not earned.

We think, however, that the claims of Paul J. Grimes and Arthur M. Grimes for the balance of salaries not collected by them should be allowed. The salaries are not unreasonable and we do not think it should be considered that they were waived because not fully collected from a corporation that was trying to establish itself.

A decree may be entered in accordance herewith .

For Complainant: James B. Littlefield.

For Respondent: Comstock & Canning.

———

Clara Weisinger
et al.
vs.                    } W. C. A. No. 812
Imperial Printing &
Finishing Company

March 26, 1928.

TANNER, P. J.  We think the testimony shows with sufficient clearness that the deceased employee came to his death through an accident arising out of and in the course of his employment; that the respondent company had sufficient knowledge of the accident and that the petitioners were wholly dependent upon the deceased at the time of the accident.

For Petitioner: Samuel H. Workman.

For Respondent: Clason, Brereton & Kingsley.